THE LAW OFFICES OF

# NEAL BRICKMAN, P.C.

420 LEXINGTON AVENUE, SUITE 2440
NEW YORK, NEW YORK 10170

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
VIRIGNIA A. REILLY
JASON A. STEWART

September 3, 2020

**TELEPHONE:**
**(212) 986-6840**

**TELECOPIER:**
**(212) 986-7691**

<u>Via ECF Only</u>

Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street - Room 2202
New York, New York 10007
(212) 805-0282

*Application GRANTED. The deadline to respond to the Complaint is EXTENDED nunc pro tunc to October 1, 2020. The Clerk of Court is directed to terminate ECF No. 13. SO ORDERED.*

*September 9, 2020*

Re:   *Piacentile v. Troxel and Rublee*
        Case No: 20-CV-5252 (JMF)

Dear Judge Furman:

    We have recently been retained as counsel for the Defendants in the above referenced matter. We write today with the consent of counsel for the Plaintiff.

    Specifically, we write to request that the time for Defendants to respond to, move against, or otherwise answer the Complaint in this action be extended to October 1, 2020. It is anticipated that the Defendants will be filing a motion to dismiss based on, *inter alia*, an existing arbitration clause in relevant agreements between the parties. There has been no prior request for the relief sought herein, and this letter motion as to the time, namely October 1, 2020, by which Defendants may timely file a motion or other response in connection with the complaint has been consented to by Plaintiff.

    We thank the Court for its time, attention, and assistance in this regard.

Respectfully submitted,

Ethan Leonard (EL2497)

Cc: David S. Stone (Via ECF Only)