EXHIBIT 4

THE LAW OFFICES OF

# NEAL BRICKMAN, P.C.

420 LEXINGTON AVENUE, SUITE 2440
NEW YORK, NEW YORK 10170

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
VIRGINIA A. REILLY
JASON A. STEWART

TELEPHONE:
(212) 986-6840

TELECOPIER:
(212) 986-7691

September 23, 2020

<u>Via Electronic Mail Only</u>

Davis S. Stone
Stone & Magnanini LLP
100 Connell Drive – Suite 220
Berkeley Heights, new Jersey 07922
(973) 218-1111
DStone@stonemagnalaw.com

                                        Re:    *Piacentile v. Troxel, et al.*
                                                 Case No.: 20-CV-05252 (JMF)

Dear David –

      I hope that all is well with you.  We are in receipt of, and write today in response to, your correspondence of September 22, 2020.



      In addition, given that there is only one week before our response to your complaint is due, we need to know by the end of the week whether you will be withdrawing the current action or not.  Mr. Katzel has authorized us to accept service of any arbitration demand made pursuant to the November 1, 2019 agreements.  Your withdrawal would not prejudice your client and would allow the parties time to discuss a potential resolution.  Please, however, be further advised, and accept this correspondence as additional due notice, that should you not withdraw

this pending action in favor of arbitration, we will seek sanctions in our motion to compel arbitration.

    Thank you for your time, attention, and consideration in this regard.

                                              Very truly yours,

                                              Ethan Leonard