EXHIBIT 5

# Ethan Leonard

| | |
|---|---|
| **From:** | Ethan Leonard |
| **Sent:** | Friday, October 9, 2020 6:10 PM |
| **To:** | 'Brad Muller'; David Stone |
| **Cc:** | Neal Brickman |
| **Subject:** | RE: Final Good Faith Effort to Resolve the matter prior to filing of Motion to Compel Arbitration with regard to Piacentile v. Troxel 20-CV-5252 |

Counselors –

I hope that all is well with you.

Further to prior discussions and prior good faith notices, please accept this email correspondence as a final good faith attempt to resolve the above referenced matter absent motion practice – commencing initially with a Motion to Compel Arbitration based on the acknowledged arbitration clauses in the various pre-existing agreement between, *inter alia*, our respective clients.

As indicated previously, should we be forced to move forward with motion practice, we will seek all available remedies, including, but not limited to, the imposition of sanctions.

Thank you for your time and attention in this regard.

Very truly yours,

Ethan Leonard

Ethan Leonard
The Law Offices of Neal Brickman, P.C.
420 Lexington Avenue – Suite 2440
New York, New York 10170
(212) 986-6840

1