UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOSEPH PIACENTILE, M.D., J.D.,                          :
:
                  Plaintiff,          :          20-CV-5252 (JMF)
:
      -v-                                            :          ORDER
:
JEREMY TROXEL, ESQ. et al.,                             :
:
                  Defendants.         :
:
--------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      On November 20, 2020, Defendants filed a motion to compel arbitration. ECF No. 21. It is hereby ORDERED that any opposition, not to exceed 25 pages, shall be filed by **December 3, 2020,** and that any reply, not to exceed 10 pages, shall be filed by **December 7, 2020.** The initial pretrial conference previously scheduled for December 1, 2020, *see* ECF No. 19, is ADJOURNED to **December 15, 2020,** at **2:00 p.m.**

      SO ORDERED.

Dated: November 23, 2020
       New York, New York
                                                JESSE M. FURMAN
                                         United States District Judge