# EXHIBIT A

# EXHIBIT A-1



**From:** Whistleblowers International <jtroxel@▓▓▓▓▓▓.com>
**Subject:** [New Lead] WBI Lead"(484)358-▓▓▓▓"
**Date:** October 20, 2020 at 5:04:05 AM EDT
**To:** jtroxel@▓▓▓▓▓▓.com, leads@▓▓▓▓▓▓.com, jeremy.troxel@▓▓▓.com
**Reply-To:** leads@▓▓▓▓▓▓.com

From: T▓▓▓ J▓▓▓ <tgang▓▓▓@▓▓▓.com>
Subject: (484)358-▓▓▓▓
American citizen: Yes
Type of fraud: Tax
Privileged info: I don't know

Insider: No
Estimated amount: Thousands of dollars
Who is committing fraud: Turbo Tax


Message Body:
Hi I'm already signed on with you guys on the turbo tax case but I recently changed my phone number and email;NEw email-tgang███@███.com new phone-(484)358-███ just wanted to make sure you guys got updated..Any news on the case??

--
This e-mail was sent from a contact form on WBI (http://www.tkclaw.com/report-fraud)

# EXHIBIT A-2



Begin forwarded message:

**From:** Whistleblowers International <jtroxel@▮▮▮▮▮.com>
**Date:** October 15, 2020 at 10:22:26 PM EDT
**To:** jtroxel@▮▮▮▮▮.com, leads@▮▮▮▮▮.com, jeremy.troxel@▮▮.com
**Subject: [New Lead] WBI Lead"1541525▮▮▮"**
**Reply-To:** leads@▮▮▮▮▮.com

From: D▮▮ G▮▮ <dawng▮▮▮.com>
Subject: 1541525▮
American citizen: Yes
Type of fraud: Tax
Privileged info: I don't know

Insider: No
Estimated amount: Not sure
Who is committing fraud: Turbo tax


Message Body:
For the turbo tax thing I put the email in that I used for my taxes its
dark███████@█████.com thank u

--
This e-mail was sent from a contact form on WBI
(http://www.tkclaw.com/report-fraud)

# EXHIBIT A-3



Begin forwarded message:

**From:** Whistleblowers International <jtroxel@███████.com>
**Subject: [New Lead] WBI Lead"1909446███"**
**Date:** November 3, 2020 at 2:28:32 PM GMT-4
**To:** jtroxel@███████.com, leads@███████.com, jeremy.troxe███.com
**Reply-To:** leads@███████.com

From: K███ ████ <k███_k████@███.com>
Subject: 1909446█
American citizen: Yes
Type of fraud: Medicare or Medicaid
Privileged info: Yes
Insider: Yes

Estimated amount: Not sure
Who is committing fraud: NA


Message Body:
I signed the last document about the money that DoorDash and Postmates agreed to pay me. ever since I haven't heard from you it's been over a month, what's the progress on that? If I don't receive my part of the funds received from Postmates and DoorDash I'll contact another attorney to see Whatsup with this.

--
This e-mail was sent from a contact form on WBI (http://www.tkclaw.com/report-fraud)