THE LAW OFFICES OF

# NEAL BRICKMAN, P.C.

420 LEXINGTON AVENUE, SUITE 2440
NEW YORK, NEW YORK 10170

| | |
|---|---|
| NEAL BRICKMAN | TELEPHONE: |
| JUDITH L. GOLDSBOROUGH | (212) 986-6840 |
| ETHAN Y. LEONARD | |
| VIRIGNIA A. REILLY | TELECOPIER: |
| JASON A. STEWART | (212) 986-7691 |

December 7, 2020

<u>Via ECF Only</u>

Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Centre Street - Room 2202
New York, New York 10007
(212) 805-0282

        Re:  *Piacentile v. Troxel and Rublee*
           Case No: 20-CV-5252 (JMF)

Dear Judge Furman:

  We represent the Defendants in the above referenced matter. We write today, jointly and with the consent of, counsel for the Plaintiff. Specifically, we write further to the Court's Memorandum Opinion and Order of December 2, 2020 (Dkt # 28) to notify the Court that the Parties agree that there is no need for further briefing on the Defendants' motion to compel arbitration and that such motion should be granted immediately as unopposed and the instant action dismissed without prejudice.

  We thank the Court for its time, attention, and assistance in this regard.

                Respectfully submitted,

                Ethan Leonard (EL2497)

Cc: David S. Stone (Via ECF Only)