UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
JOSEPH PIACENTILE, M.D., J.D.,                                        :
:
Plaintiff,                                  :
:
-v-                                           :   20-CV-5252 (JMF)
:
JEREMY TROXEL, ESQ. et al.,                                           :   ORDER OF DISMISSAL
:
Defendants.                                 :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court having been advised by email that the parties intend to file a stipulation of dismissal, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order.

To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

If the parties have reached a settlement and want the Court to retain jurisdiction for the purposes of enforcing any agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce an agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: December 8, 2020
New York, New York                          _____
JESSE M. FURMAN
United States District Judge